**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Adrian GARCIA–ALCANTAR, Defendant–Appellant.**

**No. 09–50013.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Sept. 30, 2009.

William Allen Hall, Jr., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Hanni Meena Fakhoury, Esquire, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Adrian Garcia–Alcantar appeals from the $1,000 fine imposed as part of his sentence following his guilty-plea conviction for bringing in illegal aliens without

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

presentation, and aiding and abetting, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Garcia–Alcantar contends that the district court erred by imposing the $1,000 fine because he has neither the present nor future ability to pay the fine. The district court did not clearly err in its factual determination that Garcia–Alcantar is able to pay the fine. *See United States v. Orlando,* 553 F.3d 1235, 1239–40 (9th Cir.2009). Moreover, the district court sufficiently considered the factors set forth in 18 U.S.C. §§ 3553(a) and 3572(a), adequately explained its decision to impose the fine, and imposed a reasonable fine. *See id.*

**AFFIRMED.**

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.